# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| M.G.S., an adjudicated adult ward under court appointed guardianship, by Next-Friends, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.     11-cv-7934 |
| v. | ) ) | Honorable Judge Guzman |
| CAROLYN TOERPE, Court-Appointed Guardian, *et al.* | ) ) ) | Magistrate Judge Gilbert |
| Defendants. | ) ) | |

## JUDICIAL DEFENDANTS' MOTION TO DISMISS

Defendant JUDGE JANE LOUISE STUART and CIRCUIT COURT OF COOK COUNTY PROBATE DIVISION (collectively "Judicial Defendants"), by their attorney, LISA MADIGAN, Illinois Attorney General, hereby move to dismiss Plaintiff's Amended Complaint pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for the reasons set forth in the memorandum of support of this motion; that memorandum is incorporated herein by reference.

Respectfully submitted,

/s/ Deborah M. Beltran

LISA MADIGAN
Illinois Attorney General

Deborah Morgan Beltran, Illinois 6283574
James A. Lang, Illinois 06211100
Assistant Attorneys General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, IL  60601
Phone: (312) 814-6534/5694
Fax: (312) 814-4425
dbeltran@atg.state.il.us
jlang@atg.state.il.us

1