UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| M.G.S., an adjudicated adult ward under Court appointed guardianship, by Next-Friends, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 11-cv-7934 |
| v. | ) ) ) | Honorable Judge Guzman Magistrate Judge Gilbert |
| CAROLYN TOERPE, Court-Appointed Guardian, et al | ) ) ) | |
| Defendants. | ) | |

FILED
DEC - 8 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### GUARDIANS AD LITEM (GAL)'S DEFENDANTS' MOTION TO DISMISS

Defendants, ADAM M. STERN and CYNTHIA FARENGA (collectively "GAL Defendants") hereby move to dismiss Plaintiff's Amended Compliant pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for the reasons set forth in the memorandum of support of this motion; that memorandum is incorporated herein by reference.

Respectfully Submitted,

_____
Adam M. Stern, 6226175
STERN & ASSOCIATES
105 W. Adams, Suite 3800
Chicago, IL 60603
Phone: 312-551-0457
Fax: 312-551-0495
sternlaw@ameritech.net

_____
Cynthia Farenga
1604 Sherman Avenue
Suite 200
Evanston, IL 60201
Phone: 847-475-1300
Fax: 847-866-8885
cfarenga@comcast.net

1