**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| M.G.S., an adjudicated adult ward under court appointed guardianship, by Next-Friends, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 11-cv-7934 |
| v. | ) Honorable Judge Guzman<br>) Magistrate Judge Gilbert |
| CAROLYN TOERPE, Court-Appointed Guardian, *et al.* | )<br>)<br>) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE *INSTANTER*
DEFENDANT STATE OF ILLINOIS' MOTION TO DISMISS**

Defendant, STATE OF ILLINOIS, by its attorney, LISA MADIGAN, Illinois Attorney General, submits its Motion to File *Instanter* its Motion to Dismiss, stating as follows:

1. Plaintiffs filed a proof of service on December 12, 2011, stating that service was effected on November 15, 2011.

2. Assuming service was proper, Defendant's response to Plaintiffs' Complaint would have been due on or before December 6, 2011. The undersigned counsel was not made aware of purported service until December 12, 2011.

3. Had a proof of service been filed earlier, Defendant would have joined the motion to dismiss and supporting memorandum filed by the Judicial Defendants, at Docket Nos. 17 and 18. In its proposed Motion to Dismiss, Defendant adopts the relevant portions of those documents.

4. Defendant's Motion to Dismiss, attached hereto as Exhibit A, adopts the arguments made by the Judicial Defendants in their Motion to Dismiss and supporting memorandum.

5. Allowing Defendant to file its Motion to Dismiss *Instanter* will ensure that briefing will remain on the schedule set by the Court in its minute order of December 14, 2011. Defendant is not raising any additional arguments, and Plaintiffs' response to that motion is not due until January 11, 2012.

WHEREFORE Defendant moves this Court for leave to file *instanter* the attached Motion to Dismiss.

Respectfully submitted,

LISA MADIGAN
Illinois Attorney General

/s/ Deborah M. Beltran
Deborah Morgan Beltran, Illinois 6283574
James A. Lang, Illinois 06211100
Assistant Attorneys General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, IL 60601
Phone: (312) 814-6534/5694
Fax: (312) 814-4425
dbeltran@atg.state.il.us
jlang@atg.state.il.us