

FILED
1/4/2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| M.G.S., an adjudicated adult ward under court appointed guardianship, by Next-Friends, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 11-cv-7934 |
| v. | ) ) | Honorable Judge Guzman |
| | ) | Magistrate Judge Gilbert |
| CAROLYN TOERPE, Court-Appointed Guardian, *et al.* | ) ) ) | |
| Defendants. | ) | |

## DEFENDANT STATE OF ILLINOIS' MOTION TO DISMISS

Defendant State of Illinois, by its attorney, LISA MADIGAN, Attorney General of Illinois, moves to dismiss Plaintiff's Amended Complaint pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, stating as follows:

1. Dismissal is proper pursuant to Rule 12(b)(1) and 12(b)(6) for the reasons set forth in the Judicial Defendants Motion to Dismiss [Dkt 17] and supporting memorandum [Dkt 18]. Specifically, Defendant joins the Judicial Defendants' Motion to Dismiss and Memorandum as to all sections except sections G, H1 and H2 of the Memorandum.

WHEREFORE, Defendant State of Illinois respectfully asks this Court to dismiss the Complaint and for such other relief as the Court deems appropriate.

Respectfully submitted,

|  |  |
|---|---|
|  | /s/ Deborah M. Beltran |
| LISA MADIGAN | Deborah Morgan Beltran, Illinois 6283574 |
| Illinois Attorney General | James A. Lang, Illinois 06211100 |
|  | Assistant Attorneys General |
|  | General Law Bureau |
|  | 100 West Randolph Street, 13th Floor |
|  | Chicago, IL 60601 |
|  | Phone: (312) 814-6534/5694 |
|  | Fax: (312) 814-4425 |
|  | dbeltran@atg.state.il.us |
|  | jlang@atg.state.il.us |

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that the foregoing document was filed on Thursday, December 22, 2011, through the Court's CM/ECF system. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties of record may access this filing through the Court's system. Notice of this filing has also been sent by first class mail to the following at their addresses of record:

                Gloria Jean Sykes
                6016 N. Avondale Ave.
                Chicago, IL 60631

                Scott Evans
                960 Beau Dr. #305
                Des Plaines, IL 60016

                Sue Fege
                922 Willson Dr.
                Des Plaines, IL 60016


                                      /s/ Deborah M. Beltran

1