# United States District Court
## Northern District of Illinois
### Eastern Division

M.G.S.                                **JUDGMENT IN A CIVIL CASE**

         v.                                         Case Number: 11 C 7934

Toerpe, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of defendants Carolyn Toerpe, Cynthia Farenga, Adam Stern, Probate Division, Jane Louise Stuart and The State of Illinois and against plaintiffs M.G.S. and Gloria Jean Sykes.

                                                     Thomas G. Bruton, Clerk of Court

Date: 8/6/2012                             Alberta Rone
                                               /s/ Alberta I. Rone, Deputy Clerk