UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

M.G.S., et al.
                         Plaintiff,

v.                                        Case No.: 1:11−cv−07934
                                              Honorable John J. Tharp Jr.

Carolyn Toerpe, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 6, 2012:

       MINUTE entry before Honorable Jeffrey T. Gilbert: Pursuant to the District Judge's order dismissing the case [60], all matters relating to the referral of this action having been resolved, this matter is returned to the assigned judge. Referral terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.