**FILED**

OCT 1 5 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTSRICT OF ILLINOIS

M. G. S., an adjudicated 'adult-ward'   )
under court-appointed guardianship, by )
Next-Friend(s)                       )
                                  )
                Plaintiff    )
                                  )
CAROLYN TOERPE, Court-Appointed )
Guardian; et al.                    )
                                  )
            Defendant(s) )

CASE NO.: 1:11-cv-07934

Honorable John Tharp
Magistrate Judge Gilbert

### NOTICE OF APPEAL TO THE COURT OF APPEALS FROM A JUDGEMENT OR ORDER FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS.

NOTICE is hereby given that M.G.S., by "Next Friends" Sue Fege, Scott Evans, and Gloria Jean Sykes, in above named case, hereby appeal[1] to the United States Court of Appeals for the Seventh Circuit from "Memorandum Opinion and Order" entered on September 17, 2012 (Document No. 67) by the Honorable John Tharp, Judge of the United States District Court for the Northern Division of Illinois.

Respectfully submitted,

Gloria Jean Sykes    x
"NEXT FRIEND"

Gloria Jean Sykes
6016 N. Avondale Ave.
Chicago, IL 60631
Ph. (773) 910-3310

---

[1] A question exists as to whether there is a final order yet in this matter because there is a "Amended Verified Complaint to Include Count IV Under 28 U.S.C.§ 2254/2255" (Habeas Corpus) which has been left unaddressed by the U. S. District Court.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served by operation of the court's electronic filing system, or in the alternative, via U.S. Mail, or hand-delivered on or before the 16th of October 2012, addressed to:

| Carolyn Toerpe | Cynthia Farenga | Adam Stern |
|---|---|---|
| c/o Peter Schmiedel | 1601 Sherman #200 | 100 W. Adams St. #3800 |
| 155 N. Wacker Dr. #1950 | Evanston, IL 60201 | Chicago, IL 60603 |
| Chicago, IL 60606 | (no appearance on file) | (no appearance on file) |

| Deborah M. Beltran | Sue Fege | Scott Evans |
|---|---|---|
| Assistant Attorney General | 922 Wilson Drive | 960 Beau Dr. #305 |
| 100 W. Randolph St. | Des Plaines, Il 60016 | Des Plaines, Il 60016 |
| 13th Floor | | |
| Chicago, IL 60601 | | |

M.G.S. (not represented by an attorney)
Mary G. Sykes
527 Grimes
Naperville, IL 60565

Gloria Jean Sykes

Gloria Jean Sykes
60116 N. Avondale Ave.
Chicago, IL 60631
Ph. (773) 910-3310