

**THOMAS G. BRUTON**
CLERK

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604



312-435-5670

November 2, 2012

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

    RE: M.G.S. v. Carolyn Toerpe, et al.,

    U.S.D.C. DOCKET NO. : 11 CV 7934

    U.S.C.A. DOCKET NO. : 12-3373

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

    VOLUME(S) OF *ELECTRONIC* PLEADING(S)    1

    VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)

    VOLUME(S) OF DEPOSITION(S)

    EXHIBITS:

    VAULT ITEMS:

    OTHER (SPECIFY):

    SPECIAL NOTE:

U.S.C.A. – 7th Circuit
RECEIVED
NOV 2 2012 LEJ
GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

        Very truly yours,

        Thomas G. Bruton, Clerk

        By: /s/ Sheila Moore, Deputy Clerk